**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Sheldon Anthony GOODRIDGE,**
**Petitioner**

**No. 192 MAL 2017**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Terrance Terrell HOPSON, Petitioner**

**No. 900 MAL 2016**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Wecht did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jesse A. GARDNER, Jr., Petitioner**

**No. 207 MAL 2017**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**